**Order entered September 26, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01021-CV

### TIC N. CENTRAL DALLAS 3, LLC ET AL., Appellants

### V.

### ENVIROBUSINESS, INC., ET AL., Appellees

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-02857-E

## ORDER

The Court has before it the September 24, 2013 joint unopposed motion for extension of time to file appellants' briefs and cross-appellants' briefs. The Court **GRANTS** the motion and **ORDERS** appellants and cross-appellants to file their briefs by October 10, 2013.

/s/    ELIZABETH LANG-MIERS
        JUSTICE